IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01133-PAB

EDISON BLADIMIR HIDALGO ANAZCO,

     Petitioner,

v.

JUAN BALTAZAR, Warden, GEO Group, Inc.,
GEORGE VALDEZ, Director of Denver Field Office, U.S. Immigration and Customs
Enforcement,
TODD LYONS, Acting Director Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Acting Secretary of the U.S. Department of Homeland
Security, and
TODD BLANCHE, Acting Attorney General of the United States,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 8] of Judge Philip A. Brimmer entered on April

14, 2026, it is

**ORDERED** that petitioner Edison Bladimir Hidalgo Anazco's Verified Petition for

Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief [Docket

No.1] is **DENIED without prejudice**.  It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this <u>29th</u> day of June, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By: <u>s/ Robert R. Keech</u>
　　　Robert R. Keech,
　　　Deputy Clerk